BORINS, HALPERN & PASKOWITZ
ATTORNEYS AT LAW
OFFICE AND MAILING ADDRESS
705 BRISBANE BUILDING
403 MAIN STREET
BUFFALO, NEW YORK 14203-2104

MICHAEL PASKOWITZ

Sheila H. Gandolfi – Paralegal

OF COUNSEL
HAROLD M. HALPERN

SPECIAL COUNSEL
KENDRA E. WINKELSTEIN

TELEPHONE (716) 852-8188
TELECOPIER (716) 608-1313
NOT FOR SERVICE

June 10, 2010

Ms. Jean Bollbach
Arbitration Clerk
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

    RE:    Nelson vs. Takhar Collection Services
            Docket No. CV-09-4600 (JS) (ARL)
            Our File No. 11919.1

Dear Ms. Bollbach:

    This is to advise that the above-referenced action has been settled by the parties. Therefore, we are requesting that the arbitration hearing scheduled for June 29, 2010 be withdrawn from the calendar. Under separate cover, a General Release and Settlement Agreement will be filed with the Court.

    This is to further advise that pursuant to the settlement the Defendant will pay the settlement amount in installments. Upon payment of the final installment, a Stipulation of Discontinuance upon the merits will be submitted to the Court to be so ordered.

    If anything further is required at this time, kindly advise.

Very truly yours,

MICHAEL PASKOWITZ

MP/shg
cc by e-mail to:    Adam J. Fishbein, Esq.
                    John M. Brickman, Esq.