UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Benjamin Nelson

                                             ORDER OF DISCONTINUANCE
   -V-                                        CV 09-4600 (JS)(ARL)

Takhar Collection Services, Ltd.
-------------------------------------------------------X

Appearances:

For the Plaintiff(s):
Adam Fishbein, Esq.
483 Chestnut St.
Cedarhurst  NY 11516

For the Defendant(s):
Michael Paskowitz, Esq.
Richard Berger, Esq.
403 Main St.  #705
Buffalo  NY 14203

SEYBERT, District Judge:

       The above-captioned case was filed on Oct. 26, 2009.

       In his letter to the Arbitration Clerk dated Jun. 10, 2010 (docket entry [10]), Mr. Paskowitz indicated that the parties had settled this action. He stated that a stipulation of discontinuance would be filed upon final payment of the settlement, about the middle of October. None has been filed since that time.

       IT IS HEREBY ORDERED that this action is discontinued without prejudice to reinstatement if the settlement is not consummated. The Clerk of Court is directed to mark the case closed.

       SO ORDERED.

Dated: Nov. 9 , 2010
       Central Islip NY

                                                  /S/ JOANNA SEYBERT
                                                  JOANNA SEYBERT, U.S.D.J.